162 A.3d 1057

IN THE MATTER OF TORKWASE YEJIDE SEKOU, AN
ATTORNEY AT LAW (ATTORNEY NO. 014371990)

June 20, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–121, concluding that **TORKWASE YEJIDE SEKOU** of **SOUTH ORANGE,** who was admitted to the bar of this State in 1990, should be censured for violating *RPC* 8.1(a)(false statement of material fact in connection with a disciplinary matter), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Court having determined from its review of the matter that the formal complaint should be dismissed based on the lack of clear and convincing evidence of unethical conduct in the record;

And good cause appearing;

It is ORDERED that the formal ethics complaint filed against **TORKWASE YEJIDE SEKOU** in District Docket No. XII–2014–0001E, is hereby dismissed.